IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Regina Williams,                                :

        Plaintiff                  :   Civil Action 2:06-cv-00775

v.                                              :   Judge Sargus

United States Postal Service, *et al.*,         :   Magistrate Judge Abel

        Defendants                 :

## ORDER

Plaintiff Regina Williams brings this civil rights action under 42 U.S.C. §1983. The complaint alleges that mail was improperly returned to her by the United States Postal Service. This matter is before the Court on the Magistrate Judge's September 29, 2006 Initial Screening Report and Recommendation (doc. 3) recommending that the complaint be dismissed for failing to state a claim upon which relief may be granted. No objections have been filed.

As required by 28 U.S.C. §636(c), the Court has made a *de novo* review of the Initital Screening Report and Recommendation. Upon *de novo* review, the Court ADOPTS the Report and Recommendation. This matter is hereby DISMISSED.

                                                      11-14-2006
                                         Edmund A. Sargus, Jr.
                                         United States District Judge