AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**REGINA WILLIAMS,**
    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**UNITED STATES POSTAL**
**SERVICE, et al.,**
    **Defendants.**

**CASE NO.  C2-06-775**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK ABEL**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed November 14, 2006, JUDGMENT is hereby entered DISMISSING this action.**


Date: November 14, 2006            JAMES BONINI, CLERK


           */S/ Andy F. Quisumbing*
           (By) Andy F. Quisumbing
           Courtroom Deputy Clerk